CROSS *v.* CALIFORNIA.

No: 1295, Misc.   Decided April 10, 1967.

PER CURIAM.

The motion to use the record in No. 1161, Misc., October Term, 1965, is granted.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

YOUNG *v.* DIRECTOR, U. S. BUREAU OF PRISONS, ET AL.

No. 1317, Misc.   Decided April 10, 1967.

Appellant *pro se.*.

*Solicitor General Marshall* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.